# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

### NO. 03-14-00283-CV

Texas Education Agency and Mike Morath,[1] Commissioner of Education,
in his Official Capacity, Appellants

v.

American YouthWorks, Inc., d/b/a American YouthWorks Charter School;
Honors Academy, Inc., d/b/a Honors Academy; and Azleway, Inc.,
d/b/a Azleway Charter School, Appellees

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### VACATED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court on May 2, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court vacates the district court's order granting the temporary injunction, dissolves the temporary injunction, and renders judgment dismissing the Charter Holders' suits for want of jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.

---

[1] Michael L. Williams was the Commissioner of Education when this appeal was filed. His successor, Mike Morath, has been automatically substituted. *See* Tex. R. App. P. 7.2(a).